ELLEN F. GREALISH, as Administratrix of the Estate of ISABELLA S. GREALISH, Deceased, Respondent, *v.* BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant.

*Grealish* v. *Brooklyn, Queens Co. & S. R. R. Co.*, 130 App. Div. 238, affirmed.

(Argued December 13, 1909; decided January 4, 1910.)

APPEAL from a judgment, entered January 14, 1909, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which reversed an order of the trial court setting aside a verdict in favor of plaintiff and granting a new trial and directed the reinstatement of the verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Patrick L. Ryan* and *William Brunner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Absent: WERNER, J.